# IN THE SUPREME COURT OF TEXAS

══════════

No. 13-0053

══════════

STATE OF TEXAS, PETITIONER,

v.

CLEAR CHANNEL OUTDOOR, INC., RESPONDENT

══════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

══════════════════════════════════

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, the parties' briefs, and counsel's argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The case is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Petitioner Clear Channel Outdoor, Inc., shall recover, and respondent State of Texas shall pay, the costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the First District and to the District Court of Harris County, Texas, for observance.

Opinion of the Court delivered by Chief Justice Hecht

April 24, 2015

\*\*\*\*\*\*\*\*\*